IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:18CR3092 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ROBERT HARRY GOODMAN JR., | |
| Defendant. | |

Defendant has moved to continue the pretrial motion deadline, (Filing No. 17), because Defendant and defense counsel need additional time to fully review the discovery received before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 17), is granted.

2) Pretrial motions and briefs shall be filed on or before January 14, 2019.

3) Trial of this case is set to commence before the Honorable John M. Gerrard, Chief United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **February 11, 2019**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and January 14, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because Choose an item.. Failing to timely object to this order as provided under this court's

local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

December 10, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge