IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3092 |
| vs. | |
| ROBERT HARRY GOODMAN, JR., | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Forfeiture Allegation (filing 42). In support of its motion, the plaintiff represents that the money that is the subject of the forfeiture action against the above-captioned defendant has been forfeited in a separate action. Therefore, the Court will grant the plaintiff's motion.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Forfeiture Allegation (filing 42) is granted.

2. The forfeiture allegation of the operative indictment (filing 1) is dismissed.

Dated this 28th day of January, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge