IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3092 |
| vs. | |
| ROBERT HARRY GOODMAN JR., | ORDER |
| Defendant. | |

Defendant has moved to continue Defendant's suppression hearing. (Filing No. 79). As explained by counsel, Defendant needs additional time to subpoena some witnesses to show up at the hearing and bring some potential documents. The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's unopposed motion to continue, (Filing No. 79), is granted.

2) The evidentiary hearing on Defendant's motion to suppress, (Filing No. 21), will be held before the undersigned magistrate judge on June 6, 2019 at 9:00 a.m. in Courtroom #2, United States Courthouse, 100 Centennial Mall N., Lincoln, Nebraska. Two hours have been set aside for this hearing.

April 17, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge