IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3092 |
| vs. | |
| ROBERT HARRY GOODMAN JR., | ORDER |
| Defendant. | |

On November 4, 2019, Defendant filed extensive objections to the findings and recommendation (Filing No. 113) on his motion to suppress (Filing No. 21). Judge Gerrard will be unable to rule on those objections prior to the current trial date, November 18, 2019.

Accordingly, on the court's own motion,

IT IS ORDERED:

1) The trial of this case is continued pending a ruling on the motion to suppress.

2) Within three business days following that ruling, counsel shall jointly contact the undersigned magistrate to re-schedule the trial.

Dated this 12th day of November, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge