IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3092 |
| vs. | |
| ROBERT HARRY GOODMAN, JR., | MEMORANDUM AND ORDER |
| Defendant. | |

The defendant objects (filing 114) to the Magistrate Judge's findings and recommendation (filing 113) recommending that the defendant's motion to suppress (filing 21) be denied. The Court conducted a de novo review of the motion to suppress, pursuant to 28 U.S.C. § 636(b)(1). The Court concurs in the Magistrate Judge's factual findings and legal analysis. The Court therefore finds the defendant's objection to be without merit, and will adopt the Magistrate Judge's findings and recommendation.

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 113) are adopted.

2. The defendant's objection (filing 114) is overruled.

3. The defendant's motion to suppress (filing 21) is denied.

Dated this 10th day of December, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge